■ THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY DAVIDSON.— Motion granted to the extent of amending the remittitur to recite the follow-

ing: "Upon the appeal herein, there were presented and necessarily passed upon questions under the Constitution, viz.: whether the appellant's rights under the Sixth and Fourteenth Amendments were denied. This Court held that there was no denial of these rights." In all other respects the motion is denied. [32 A D 2d 741.] Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.